UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-30482 |
| | ) | |
| GARY L. EICHENBERGER | ) | |
| | ) | CHAPTER 7 |
| TRACIE L. EICHENBERGER | ) | |
| | ) | |
| Debtors | ) | JUDGE: |

NOTICE OF CREDITOR MAILING ADDRESS

Creditor in the above case was listed as having an incomplete address. The Notice of Chapter 7 Bankruptcy Case (Form 309A) was returned as undeliverable.

The correct address is:

United Bank
409 South Sandusky Avenue
Bucyrus, OH 44820

Please change this record with the Clerk of Courts.

/s/ Mark F. Graziani
_____
Mark F. Graziani #0092927
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Gary and Tracie Eichenberger

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Gary and Tracie Eichenberger's Notice of Chapter 7 Bankruptcy Case (Form 309A) was served by regular mail upon the address of:

United Bank
409 South Sandusky Avenue
Bucyrus, OH 44820

On March 30, 2020.

                                        Mark F. Graziani #0092927
                                        P.O. Box 1158
                                        Norton, OH 44203
                                        (330) 571-3350 (cell)
                                        mark_graziani@yahoo.com

                                        Attorney for Gary and Tracie Eichenberger